UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                                         Criminal No. 09-34 (JNE/SRN)
                                                         ORDER

Ewell Dennis Nash,

        Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on April 15, 2009. The magistrate judge recommended that Defendant's Motion to Suppress Evidence and Motion to Dismiss Indictment be denied. Defendant objected. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Defendant's Motion to Suppress Evidence [Docket No. 52] is DENIED.

2.     Defendant's Motion to Dismiss Indictment [Docket No. 61] is DENIED.

Dated: May 18, 2009

                                                                   s/ Joan N. Ericksen
                                                                   JOAN N. ERICKSEN
                                                                   United States District Judge